ERNEST G. STEDMAN, Appellant, *v.* HERBERT J. DAVIS and others, Respondents.

Judgment affirmed, with costs.

Opinion Per Curiam.

---

JAMES E. BRETT and others, Respondents, *v.* FRANCIS SKIDDY and others, Appellants.

Judgment reversed, new trial ordered, costs to abide event.

Opinion Per Curiam.

---

EUGENE N. ELIOT *v.* WILLIAM H. KING.

Order resettled.

Opinion Per Curiam.

---

JONATHAN O. FOWLER, Appellant, *v.* HARRIET A. WALTER, Executrix and Trustee, &c., and others, Respondents.

Order affirmed, with $10 costs, and disbursements, on opinion of Potter, J.

---

STRATFORD P. DAVIDSON and another, &c., Respondents, *v.* THE UNION NATIONAL BANK, Appellant.

Order affirmed, with $10 costs, and disbursements.

Opinion Per Curiam.

---

ELIZA GUGGENHEIMER, Appellant, *v.* JOHN GEIZLER, as Administrator, &c., and others, Respondents.

Order reversed, with $10 costs, and disbursements, and motion denied.

Opinion Per Curiam.

---

In the Matter of GENEVIEVE B. ANDREWS, to Vacate an Assessment, &c.

Order reversed, with $10 costs, and disbursements, and application denied.

Opinion Per Curiam.

---

In the Matter of THOMAS O'REILLY, sole Executor, &c., of JAMES O'REILLY, Deceased, to Vacate an Assessment, &c.

Order reversed, and proceedings remitted to the Special Term.

Opinion Per Curiam.